UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MAHDI DAVOUDBLOUK,                         Case No. 2:26-cv-02477-SSC

                    Petitioner,

          v.                               JUDGMENT

DAVID MARIN, et al.,

                    Respondents.

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1.    The petition is granted;

2.    Respondents are enjoined from continuing to detain Petitioner unless no later than **April 29, 2026**, he is provided with a bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) at which the immigration judge must consider Petitioner's financial circumstances when setting a bond amount; and

3.    The Clerk of Court is directed to close this case.

DATED: April 21, 2026

_____

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE